IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wilkerson, Sandra L | Case Number:  06 B 12601 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/3/08 | Filed:  10/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 21, 2008
Confirmed: November 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,793.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,647.12 |
| Trustee Fee: | | 145.88 |
| Other Funds: | | 0.00 |
| Totals: | 2,793.00 | 2,793.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,683.20 | 2,647.12 |
| 2. | Jefferson Capital | Unsecured | 709.10 | 0.00 |
| 3. | Verizon Wireless | Unsecured | 25.27 | 0.00 |
| 4. | Educational Credit Management Corp | Unsecured | 476.62 | 0.00 |
| 5. | National Capital Management | Unsecured | 539.73 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 422.41 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 59.98 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 46.18 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 19.11 | 0.00 |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Bank One | Unsecured | | No Claim Filed |
| 12. | First North American Nat Bk | Unsecured | | No Claim Filed |
| 13. | Chase Advantage Credit | Unsecured | | No Claim Filed |
| 14. | Excel Federal Credit Union | Unsecured | | No Claim Filed |
| 15. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 16. | Receivables Performance | Unsecured | | No Claim Filed |
| 17. | Resurgence Financial LLC | Unsecured | | No Claim Filed |
| 18. | US Cellular | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,981.60 | $ 2,647.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 39.43 |
| 5.4% | 106.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Wilkerson, Sandra L

Printed:  9/3/08

Case Number:  06 B 12601
Judge:  Hollis, Pamela S
Filed:  10/3/06

_____
$ 145.88

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____